OPINION — AG — ** ELECTION — SCHOOL BOARD MEMBERS ** QUESTION: SHOULD MEMBERS OF A BOARD OF EDUCATION OF A SCHOOL DISTRICT OF THIS TYPE (POPULATION OF FIVE THOUSAND) BE ELECTED BY THE ELECTORS OF THE RESPECTIVE WARDS AND OUTLYING DISTRICTS ? — AFFIRMATIVE (NOMINATE BOARD MEMBERS FROM THE RESPECTIVE WARDS AND OUTLYING TERRITORY BUT TO ELECT THEM AT LARGE) CITE: 70 O.S. 4-7 [70-4-7], 70 O.S. 4-8 [70-4-8] (J. H. JOHNSON)